**NUKK-FREEMAN & CERRA, PC**
EMPLOYMENT ATTORNEYS

January 14, 2025

<u>VIA ECF</u>
Magistrate Judge Jose R. Almonte
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    RE:   *Romullo Tadeu Melo Silva v. United Airlines, Inc*
            *Civil Action No. 2:24-cv-11119-WJM-JRA*

Dear Magistrate Judge Almonte:

    This firm represents Defendant United Airlines, Inc. ("Defendant") in the above-referenced matter. The parties have stipulated to extend the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint. We enclose herein a fully executed copy of such stipulation for Your Honor's review and signature.

    Thank you for Your Honor's attention to this matter. Please do not hesitate to contact us with any questions.

                          Respectfully submitted,

                          NUKK-FREEMAN & CERRA, P.C.

                          Robin H. Rome, Esq.

RHR:bw
cc:    Frank G. Podesta, Esq. (*via ECF*)