UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROMULLO TADEU MELO SILVA,<br><br>                  Plaintiff,<br>v.<br><br>UNITED AIRLINES, INC.<br><br>                  Defendant. | Civil Action No.: 2:24-cv-11119-WJM-JRA<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel for Plaintiff Romullo Tadeu Melo Silva ("Plaintiff") and counsel for Defendant United Airlines, Inc. ("Defendant") that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint be extended to and including **February 19, 2025**.

| | |
|---|---|
| FGP LAW, LLC<br>*Attorneys for Plaintiff*<br>*Romullo Tadeu Melo Silva* | NUKK-FREEMAN & CERRA, P.C.<br>*Attorneys for Defendant*<br>*United Airlines, Inc.* |
| By: /s/Frank G. Podesta, Esq.<br>    Frank G. Podesta, Esq.<br>    555 Sun Valley Drive, Suite N-3<br>    Roswell, GA 30076<br>    T: (678) 677-5143<br>    F: (678) 222-0123<br>    fpodesta@fgplaw.com<br><br>Date: January 13, 2025 | By: _____<br>    Robin H. Rome, Esq.<br>    Lisa B. Geraghty, Esq.<br>    Whitney H. Lazo, Esq.<br>    26 Main Street, Suite 202<br>    Chatham, NJ 07923<br>    T: (973) 665-9100<br>    F: (973) 665-9101<br>    rrome@nfclegal.com<br>    lgeraghty@nfclegal.com<br>    wlazo@nfclegal.com<br>    Date: January 14, 2025 |

SO ORDERED,

Hon. Jose R. Almonte
United States Magistrate Judge
Date: 1/15/2025